SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
GAVIN W. BRUCE, OSB #113384
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:21-CR-00198-MC |
| v. | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| ANDREW AARON LLOYD, | |
| **Defendant.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Information, the United States is seeking forfeiture of the following property:

- All securities and funds held in Fidelity Account xx7802;

- Securities and funds held in Charles Schwab Account xx4724, further described as:

    - 140 shares of Square Inc (SQ);

    - 15,450 shares of Tesla Inc (TSLA);

    - 500 Shares of 2U Inc (TWOU);

    - 900 shares of Aberdeen Standard Silver ETF (SIVR);

    - 510 shares of Ark Innovation ETF (ARKK);

**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**                                                         Page 1

- All uninvested funds held in the account; and

22 Real Properties as described below:

1. **61245 Protsman Street, Bly, Oregon, 97622**
   Legal description:  Lot 6 in Block 13 of First Addition to Bly according to the official plat thereof on file in the office of the County Clerk of Klamath County, Oregon.

2. **18528 Henwas Loop, Bly, Oregon, 97622**
   Legal description:  Lot 8, Block 6, First Addition to Bley-Was Heights, according to the official plat thereof on file in the office of the County Clerk, Klamath County, Oregon.

3. **440 3rd Court, Coos Bay, Oregon, 97420**
   Legal description:  Lot 25, 26 and 27, Block 45, Town of East Marshfield, Coos County, Oregon.

4. **2130 Southwest Blvd, Coos Bay, Oregon, 97420**
   Legal description:  That part of Lots 2,3 and 4, Block 27, First Addition to Marshfield, Coos County, As Described as Follows:
   Beginning at the Northeast Corner of Lot 2, Block 27, First Addition to the City of Marshfield, Coos County, Oregon, Thence South Along the East Line of Said Lot 2 a Distance of 120 Feet to the Southeast Corner of Said Lot 2; Thence West Along the South Line of Lots 2,3 and 4 of  Block 27, A Distance of 128 Feet, More or Less, to the East Line of the County Road; Thence North 43 Degrees 41' East a Distance of 165.6 Feet, More or Less, to the North Line of Block 27; Thence East a Distance of 13.6 Feet, More or Less, to the Place of Beginning.
   Lots 22,23 and 24, Block 27, First Addition to Marshfield, Coos County, Oregon, Filed September 1, 1911 in Book 4, Page 18, Plat Records of Coos County, Oregon.

5. **362 N. Elliott Street, Coquille, Oregon, 97423**
   Legal description:  Lot 3 and North 9 Feet of Lot 4, Block 49, Coquille City, Elliott's Addition, Coos County, Oregon.  Together With That Portion of Vacated Elliott Street, Which Was Vacated by Ordinance No. 135, Recorded August 14, 1922 IN Book 69, Page 464, Records of Coos County, Oregon, Which Would Inure Thereto by Reason of the Vacation Thereof.

6. **421 E. First Street, Dorris, California, 96023**
   Legal description:  The following described property in the City of Dorris, County of Siskiyou, State of California:
   PARCEL: I
   All that portion of the Southwest quarter of Section 30, Township 48 North, Range 1 East, M.D.M., more particularly described as: Beginning at the Southeast corner of the said Southwest quarter of Section 30; thence West along the Section line common to Sections 30 and 31 of said township and Range, a distance of 165.00 feet; thence North 2640.00 feet parallel to the North-South center line of the said Section 30 to the point of

**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**                                  Page 2

intersection with the North boundary of the said Southwest quarter; thence East along said boundary, a distance of 165.00 feet to the point on intersection with the North-South center line of the said Section 30; thence South 2640.00 feet along said North-South center line to the point of beginning.
Excepting Therefrom all that portion lying within U.S. Highway 97. Also Excepting Therefrom all that portion lying within the Southern Pacific Transportation Company Railroad right of way.
PARCEL: II
All that portion of the Southeast quarter of the Southwest quarter of Section 30, Township 48 North, Range 1 East, M.D.M., more particularly described as: Beginning at a point on the Southerly Section line of the said Section 30 which bears West along said Section line, a distance of 165.00 feet from the Southeast corner of the said Southwest quarter of Section 30; thence West, along said Section line a distance of 140.00 feet; thence North, parallel to the North-South center line of the said Section 30, a distance of 622,30 feet; thence East parallel to the South line of said Section, a distance of 140.00 feet; thence South, parallel to the North-South center line of said Section 30, a distance of 622.30 feet to the point of beginning.
Excepting Therefrom all that portion lying within U.S. Highway 97.
PARCEL: III
All that portion of the Southeast quarter of the Southwest quarter of Section 30, Township 48 North, Range 1 East, M.D.M., more particularly described as:  Beginning at a point on the Southerly Section line of the said Section 30 which bears West along said Section line, a distance of 305.00 feet from the Southeast corner of the said Southwest quarter of Section 30; thence West along said Section line, a distance of 25.00 feet; thence North parallel to the North-South center line of said Section 30, to the point of intersection with the South Easterly boundary of the Southern Pacific Transportation Company railroad right of way; thence Northeasterly along said boundary to a point which bears North from the point of beginning; thence South parallel to the North-South center line of said Section 30 to the point of beginning.
Excepting Therefrom all that portion lying within U.S. Highway 97.
PARCEL: IV
All that portion of the East half of the Southwest quarter of Section 30, Township 48 North, Range 1 East, M.D.M., described as:  Beginning at the quarter corner common to Sections 30 and 31, Township 48 North, Range 1 East, M.D.M., thence West 10 rods; thence North 622.3 feet to the true point of beginning; thence West 140.0 feet, thence North 2017.7 feet to the North line of the Southwest quarter of said section 30; thence east 140.0 feet to a point 10 rods West to the Northeast corner of the Southwest Quarter of said Section 30; thence South 2017.7 feet to the true point of beginning.
Saving and excepting therefrom all that portion of the above described property lying within the right of way of the Central Pacific Railroad.

7. **340 Martin Street, Klamath Falls, Oregon, 97601**
   Legal description:  Lot 49, Block 18, Industrial Addition to the City of Klamath Falls, according to the official plat thereof on file in the office of the County Clerk of Klamath County, Oregon.

**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**             Page 3

8. **349 Martin Street, Klamath Falls, Oregon, 97601**
   Legal description:    All that portion of Lots 5 and 6, Block 21, Industrial Addition to the City of Klamath Falls, Oregon, in the County of Klamath, State of Oregon, more particularly described as follows:  Beginning at the most Southerly corner of Lot 5 in said Block 21; thence Northwesterly along the Northeasterly line of Martin Street, a distance of 50 feet to the most Westerly corner of Lot 6 in said Block 21; thence Northeasterly along the line between Lots 6 and 7 in said Block a distance of 50 feet; thence Southeasterly parallel with Martin Street, a distance of 50 feet; thence Southwesterly along the line between Lots 5 and 6 in said Block a distance of 50 feet to the point of beginning.

9. **2047 Etna Street, Klamath Falls, Oregon, 97603**
   Legal description:  Lot 4 in Block 4 of Pleasant View Tracts, according to the official plat thereof on file in the office of the County Clerk of Klamath County, Oregon.

10. **9728 Ben Kerns Road, Klamath Falls, Oregon, 97601**
    Legal description:  Lot 14 in Block 18, Second Addition to Klamath River Acres, according to the official plat thereof on file in the office of the County Clerk of Klamath

11. **226 Adams Street, Myrtle Creek, Oregon, 97457**
    Legal Description:  The East 90 feet of Lot 11, Wecks Tract, Douglas County, Oregon.

12. **997 Cornutt Street, Myrtle Creek, Oregon, 97457**
    Legal Description:  Lot 8, Second Addition to Briggs Acres, Douglas County, Oregon.

13. **195 SE Mill Street, Myrtle Creek, Oregon, 97457**
    Legal Description:  Lot 13, Block 2, P.R. Weaver Second Subdivision to the Town of Myrtle Creek, County of Douglas, State of Oregon.

14. **205 SE Mill Street, Myrtle Creek, Oregon, 97457**
    Legal Description:  Lot 12, Block 2, P.R. Weaver 2nd Subdivision to the City of Myrtle Creek, Douglas County, Oregon.

15. **644 8th Street, Myrtle Point, Oregon, 97458**
    Legal Description:  Lot 2, Block 2, Smith's Addition to Myrtle Point, in the City of Myrtle Point, Coos County, Oregon. Except the North 4 1/3 feet heretofore conveyed by deed recorded in Book 187, Page 429, Deed Records of Coos County, Oregon.

16. **173 E. Everett Avenue, Sutherlin, Oregon, 97479**
    Legal Description:  Lots 23, 24, 25, and 26 in Block 30, Amended Plat of the Townsite of Sutherlin, Douglas County, Oregon.

\\\

**17. 191 W. Second Ave, Sutherlin, Oregon, 97479**
Legal Description: Lots 30, 31 and 32, Block 16, of the Amended Plat of the Townsite of Sutherlin, Douglas County, Oregon.
Excepting therefrom, the Easterly 19 feet of Lot 30, Block 16, Amended Plat of the Townsite of Sutherlin, Douglas County, Oregon.

**18. 177 NW 6th Street, Toledo, Oregon, 97391**
Legal Description: Lots 5 and 6 and the East half of Lot 7 in Block 24 of Graham's Fourth Addition to Toledo, now known as Graham's 5th Addition to Toledo, in the City of Toledo, County of Lincoln and State of Oregon; Also the North 20 feet of the East 40 feet of Lot 13 and the North 20 feet of Lot 14, Block 24, Graham's Fourth Addition to Toledo, now known as Graham's 5th Addition to Toledo, in the City of Toledo, County of Lincoln and State of Oregon.

**19. 513 SE East Slope Road, Toledo, Oregon, 97391**
Legal Description: The Part 2 of Partition Plat No. 1993-40, in the City of Toledo, Lincoln County, Oregon, filed for record August 31, 1995 in the Lincoln County Plat Records.

**20. 876 NE Highway 20, Toledo, Oregon, 97391**
Legal Description: Beginning at a point on the West line of the Jordan tract described in deed recorded in Book 147, page 341, Deed Records and on the North line of the Goakey tract described in deed recorded in Book 149, page 335, Deed Records, said point being North 00 degree 05' East 965 feet and North 88 degrees West 210 feet from the quarter section corner on the South line of Section 8, Township 11 South, Range 10 West, Willamette Meridian, in Lincoln County, Oregon; thence North 00 degrees 05' East along the West line of said Jordan tract and the West line of the Schaffer tract described in deed recorded in Book 119, page 360, Deed Records, 150 feet to the South line of the Schaffer tract described in deed recorded in Book 110, page 447, Deed Records; thence North 88 degrees West along the South line of said Schaffer tract (Book 110, page 447, Deed Records) and the South line of the Renner tract described in deed recorded in Book 154, page 379, Deed Records and the South line of the Moore tract described in deed recorded in Book 160, page 271, Deed Records, a distance of 300 feet; thence South 7 degrees 58' West 151.5 feet to the North line of the Hazel Fay tract described in deed recorded in Book 89, page 238, Deed Records; thence South 88 degrees East along the North line of said Fay tract and the North line of the Johansen tract described in deed recorded in Book 14, page 356, Deed Records, and the North line of aforementioned Goakey 321 feet more or less, to the point of beginning, in the City of Toledo, County of Lincoln, State of Oregon, excepting any portion lying within US. Highway 20.

**21. 150 SE Mill Street, Myrtle Creek, Oregon, 97457**
Legal Description: Lots 3 and 4, Block 3, P.R. Weaver 2nd Subdivision to the City of Myrtle Creek, Douglas County, Oregon.

**22. 1303 SE Strong Avenue, Roseburg, Oregon, 97470**
Legal Description: Lots 6 and 7, Block 20, Miller's Addition to the City of Roseburg, Douglas County, Oregon.

Dated: June 4, 2021.                              Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*s/ Gavin W. Bruce*
**GAVIN W. BRUCE**
Assistant United States Attorney