SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
GAVIN W. BRUCE, OSB #113384
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:21-CR-00198-MC |
| v. | NOTICE OF PUBLICATION OF CRIMINAL FORFEITURE |
| **ANDREW AARON LLOYD,** | |
| **Defendant.** | |

The United States of America hereby files this notice of publication of forfeiture in compliance with Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1), as more particularly set forth in the declaration of Paralegal Dawn Susuico marked as Exhibit A.

DATED: **November 1, 2021**.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*s/ Gavin W. Bruce*
**GAVIN W. BRUCE**
Assistant United States Attorney